# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**FRANK SUMMONS**  **PETITIONER**
**ADC #119827**

**v.**  **CASE NO.: 5:07CV00061 JMM-BD**

**LARRY NORRIS,**  **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's Writ of Habeas Corpus (# 2) is DENIED, and DISMISSED with prejudice.

IT IS SO ORDERED, this   7   day of  September , 2007.


_____
UNITED STATES DISTRICT JUDGE