IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRANK SUMMONS**                                                                                               **PETITIONER**
**ADC #119827**

**v.**                              **CASE NO.: 5:07CV00061 JMM-BD**

**LARRY NORRIS,**                                                                                               **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus, with prejudice.

IT IS SO ORDERED, this   7   day of   September  , 2007.


_____
UNITED STATES DISTRICT JUDGE